UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAMIE PHILLIP PERRY,

              Plaintiff,                           Case No. 1:24-cv-542

v.

                                              Honorable Ray Kent

CARRI BRISENO et al.,

              Defendants.

_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim and as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   June 21, 2024                       /s/ Ray Kent
                                                Ray Kent
                                              United States Magistrate Judge